IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

TALKING WALLS INC,

    Plaintiff,

v.                                                              CASE NO.1:02CV41 MMP

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

This matter is before the Court following a pretrial telephone status conference held by this Court on Thursday, July 14, 2005. During that telephone conference, counsel for Plaintiff and Defendant informed the Court that a settlement has been reached. Plaintiff's counsel also informed the Court of the existence of a charging lien filed by Plaintiff's original attorneys.

**ORDERED AND ADJUDGED:**

This case is DISMISSED. The Court will retain jurisdiction to ensure the effectuation of settlement and the resolution of the charging lien.

**DONE AND ORDERED** this __14th__ day of July, 2005.

                                *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge