IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TALKING WALLS, INC., a Florida
corporation for profit,

        Plaintiff

v.

Case No: 1:02cv41MMP

HARTFORD CASUALTY INSURANCE
COMPANY, a foreign corporation for
profit,

        Defendant.

_____

**ORDER DISMISSING CHARGING LIEN PROCEEDINGS
AND RELEASE OF LIEN PROCEEDS**

This matter is before the Court on the Joint Stipulation of Settlement and Release of Charging Lien Proceeds between Plaintiff, Talking Walls, Inc., and Charging Lien Counsel, The Law Offices of Eilon Krugman-Kadi, P.A., in which the parties have settled all matters related to the charging lien and the disbursement thereof. Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the charging lien proceedings presently at issue before the Court are hereby dismissed, with prejudice, and the lien proceeds currently in the Registry of the Court in the Court Registry Investment System in the principal amount of $150,000.00, plus any interest earned thereon, shall be released and delivered to the order of Miller & Webner, Trust Account, at its address of record herein to be disbursed thereafter in accordance with the agreement between the parties.

**DONE AND ORDERED** this _31_ day of _August_, 2005.

_____
Maurice M. Paul, Senior District Judge